CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO INS. POLICY NO. MKC00140

                                          **Plaintiff**

                              VS

KMG INTERNATIONAL BV, ET AL

                                          **Defendant**

20190820174707

Superior Court Of New Jersey

SOMERSET Venue

Docket Number: SOM L 969 19

**Person to be served** (Name and Address):
RIDES RESOURCES, INC.
221 EVANS WAY SUITE E
SOMERVILLE NJ 08876
**By serving:** RIDES RESOURCES, INC.

**Attorney:** ROBERT L. LAKIND, ESQ.

**Papers Served:** SUMMONS AND FIRST AMENDED COMPLAINT, CERTIFICATION

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

| Service Data: | [X] Served Successfully | [ ] Not Served |
|---|---|---|
| Date/Time: | 8/21/2019 1:25 PM | |

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

RICHARD MADDEN

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: M    AGE: 36-50    HEIGHT: 5'9"-6'0"    WEIGHT: OVER 200 LBS.    SKIN: WHITE    HAIR: BALD    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:    Date/Time: _____
                           Date/Time: _____
                           Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
22 day of Aug, 20 19
Notary Signature: _____

KIMBERLY GROTE
Name of Notary: NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023

Name of Private Server: NUNO VEIGA   Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

I, NUNO VEIGA, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    8/22/2019 Date